EDWARD H. KUBO, JR. # 2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON # 4532
Violent Crimes Section Chief

MARSHALL H. SILVERBERG # 5111
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: marshall.silverberg@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 0 5 2004

at __ o'clock and __ min __ M.
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) CR. NO. **CR04 00293 HG** |
|---|---|
| Plaintiff, | ) INDICTMENT |
| vs. | ) 18 U.S.C. § 1951 |
| JOHN H. GARSIDE, | ) |
| Defendant. | ) |

### INDICTMENT

(18 U.S.C. § 1951)
(robbery that affects interstate commerce)

The Grand Jury charges that:

On or about April 23, 2004, in the District of Hawaii, defendant JOHN GARSIDE, did unlawfully, knowingly, and willfully obstruct and affect, and attempt to obstruct and affect, commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery as that term is defined in Title 18, United States Code, Section 1951, in that the defendant did unlawfully,

knowingly, and willfully take and obtain personal property consisting of money from the person and presence of an employee of Kawamata Brothers Limited, at their store located at 66-540 Kamehameha Highway, Haleiwa, Hawaii and within the District of Hawaii, which engages in commerce, against the employee's will by means of actual and threatened force, violence, and fear of injury, immediate and future, to his person.

All in violation of Title 18, United States Code, Section 1951.

### Sentencing Allegations

With respect to the commission of the offense charged above in the single-count Indictment, the Defendant possessed and brandished a "dangerous weapon" as that term is defined in Application Note 2 to United States Sentencing Commission Guideline Section 2B3.1.

DATED: August 5, 2004, at Honolulu, Hawaii.

A TRUE BILL

/s/

FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

RONALD G. JOHNSON
Assistant U.S. Attorney

MARSHALL H. SILVERBERG
Assistant U.S. Attorney

UNITED STATES v. GARSIDE, Cr. No. 04-____    (Indictment)