AO 83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
## District of Hawaii

| UNITED STATES OF AMERICA | SUMMONS IN A CRIMINAL CASE |
|---|---|
| V. | Case Number: CR 04-00293HG |

JOHN H. GARSIDE
(Name and Address of Defendant)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| United States District Court<br>300 Ala Moana Blvd<br>Honolulu, HI 96850<br>Ph. (808) 541-1300 (Honolulu Number) | Courtroom 'AHA NONOI |
| Before: Helen Gillmor, Chief United States District Judge | Date and Time<br>05/01/2008 @ 1:30 p.m. |

To Answer a(n) Probation/Supervised Release Violation Petition

Charging you with a violation of Title   United States Code, Section(s) .

Brief description of offense:
ORDER TO SHOW CAUSE WHY SUPERVISION SHOULD NOT BE REVOKED.

Sue Beitia
Name and Title of Issuing Officer

[signature]
Signature of Issuing Officer/Deputy Clerk

April 9, 2008
Date

AO 83 (Rev. 12/85) Summons in a Criminal Case

CR 04-00293HG
JOHN H. GARSIDE

# RETURN OF SERVICE

Service as made by me on:[1]                              Date

---

Check one box below to indicate appropriate method of service

☐   Served personally upon the defendant at: _____

☐   Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address
Name of person with whom the summons was left: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of Service is true and correct.

Returned on _____          _____Mark M. Hanohano_____
                    Date                         Name of United States Marshal

                                            _____
                                            (by) Deputy United States Marshal

Remarks:

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure



