# MINUTES

| | |
|---|---|
| CASE NUMBER: | CR 04-00293HG |
| CASE NAME: | UNITED STATES OF AMERICA v. JOHN H. GARSIDE |
| ATTY FOR PLA: | Marshall H. Silverberg, AUSA |
| ATTY FOR DEFT: | Alexander Silvert, AFPD |
| U.S.P.O.: | Derek M. Kim |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | Cynthia Fazio |
| DATE: | May 1, 2008 | TIME: | 1:30 - 2:00 |

COURT ACTION:  ORDER TO SHOW CAUSE WHY SUPERVISED RELEASE SHOULD NOT BE REVOKED -

Defendant is present on bond.
The defendant admitted to Violation Nos. 1, 2, 3, 4, 5, and 6.

The Court finds that this is a Grade C violation, Criminal History Category III.

Supervised Release is revoked.

ADJUDGED: 6 MONTHS.

    SUPERVISED RELEASE: 30 MONTHS, upon the following conditions:

1. That the defendant shall abide by the standard conditions of supervision.

2. That the defendant not commit any crimes, federal, state, or local (mandatory condition).

3. That the defendant not possess illegal controlled substances (mandatory condition).

4. That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter but no more than eight valid drug tests per month during the term of supervision, unless there is a positive drug test, in which event the maximum shall increase to up to one valid drug test per day.

5. That the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

6. That the defendant execute all financial disclosure forms, and provide the Probation Office and the Financial Litigation Unit of the U.S. Attorney's Office access to any requested financial information to include submitting to periodic debtor's examinations as directed by the Probation Office.

7. That the defendant shall participate in and comply with substance abuse treatment which includes drug and alcohol testing in a program approved by the Probation Office. The defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment.

8 . That the defendant shall submit his person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition.

9. That the defendant shall have no contact with the owners and employees, past or present, of Kawamata Brothers Limited (KBL). The defendant shall not enter any property owned by KBL, its owners and employees, past or present.
.
10. Without the prior written approval of the Probation Office, the defendant shall not enter the "Operation Weed and Seed" target area which is bordered by Lunalilo Freeway, Nuuanu Avenue, Bethel Street, Nimitz Highway, North King Street, Dillingham Boulevard, and Kokea Street, as depicted in the map to be attached to the Judgment.

11 The defendant shall complete an anger management course, as approved by the U.S. Probation Office.

Mittimus is forthwith.
The defendant is remanded to the custody of United States Marshals..

Advised of rights to appeal the sentence, etc.


       Submitted by: Mary Rose Feria, Courtroom Manager